AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MARK A. BARNETT,

                     Plaintiff,

                     v.

LARRY W. ZEIGLER,

                     Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5112-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

September 1, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia

*(By) Deputy Clerk*
Sheila Parpolia